FILED
SUPERIOR COURT
OF GUAM

2025 APR -1 PM 1: 59

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| OSCAR J. VELASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DEAL ESTATE, INC., A Guam Corporation,<br><br>Defendant. | CIVIL CASE NO. CV0137-24<br><br><br>DECISION AND ORDER<br>DENYING MOTION TO LEAVE<br>TO FILE DISPOSITIVE MOTIONS |

This matter came before the Honorable John C. Terlaje on April 1, 2025, for Further Proceedings. Present online were Attorney F. Randall Cunliffe on behalf of Plaintiff Oscar J. Velasquez ("Velasquez") and Attorney Gloria Rudolph on behalf of Defendant Deal Estate ("Deal Estate"). Counsel for Defendant filed a Motion for Leave to File Dispositive Motions on March 17, 2025, citing an interest in filing a Motion for Summary Judgment. The Court **DENIED** the motion from the bench and stated that there was no need to argument or further briefing. It is the Court's belief that moving forward with trial at this time is the best course of action as it will save time and resources for the Court and both parties.

**SO ORDERED,** this _____4/1/25_____,

HON. JOHN C. TERLAJE
Judge, Superior Court of Guam